Submitted March 31, 2020, affirmed January 27, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TIMOTHY EDWARD GONZALES,
*Defendant-Appellant.*

Polk County Circuit Court
17CR57990; A167631

479 P3d 598

Norman R. Hill, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Affirmed. *State v. Chorney-Phillips*, 367 Or 355, 478 P3d 504 (2020).